IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONNIE McCASLIN, | ) | 4:03CV3116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis on appeal (filing 56) is granted pursuant to Fed. R. App. P. 24(a)(1).

DATED: May 17, 2005.        BY THE COURT:

                                        s/ Richard G. Kopf
                                        United States District Judge