IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE MCCASLIN, ) | |
| ) | |
| Plaintiff, ) | 4:03cv3116 |
| ) | |
| v. ) | |
| ) | |
| SOCIAL SECURITY ) | ORDER |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

The Clerk's Office has requested that Document Number 61 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 61 from the record. The Clerk's Office is directed to re-file the document.

DATED this 27th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge